## No. 17,525.

OCEAN ACCIDENT AND GUARANTEE CORPORATION, ET AL. *v.*
OHIO FARMERS INDEMNITY COMPANY, ET AL.
(285 P. [2d] 599)

Decided July 11, 1955.

Messrs. WOOD & RIS, for plaintiffs in error.

Mr. DUANE O. LITTELL, Mr. ROBERT W. MESCH, for defendant in error Ohio Farmers Indemnity Company.

Mr. MYRON H. BURNETT, Mr. LOWELL WHITE, for defendant in error Michigan Surety Company.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.